IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-437-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    IYAD ALLIS,**

        Defendant.

---

**ORDER**

---

Kane, J.

This matter is before the Court on the Joint Motion for Relief Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), (doc. #21), filed November 26, 2008. The motion is **GRANTED**. The court finds that sufficient grounds exist to grant such relief pursuant to 18 U.S.C. § 3161(h)(8). The ends of justice outweigh the public interest in a speedy trial within the time frame ordinarily prescribed by law. The Motions deadline is extended to December 19, 2008. Responses are due on or before January 9, 2008. The Final Trial Preparation Conference and Motions Hearing scheduled for December 19, 2008 is VACATED. The jury trial scheduled for December 29, 2008 is likewise VACATED. The time for speedy trial shall be tolled until the new trial date, which will be set at a **Status Conference** scheduled for **January 16, 2009 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated this 26th day of November, 2008.

                                                  BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court