IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-00437-JLK**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**1. IYAD ALLIS**,

      Defendant.

_____

## MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

      The Sentencing Hearing set for September 18, 2009, is **VACATED AND RESET** for **November 23, 2009 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: September 3, 2009