IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-00437-JLK**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**1. IYAD ALLIS**,

    Defendant.

_____

## MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

    The Government shall respond to Defendant's pro se Motion for Early Termination of Home Detention (doc. #72), filed April 26, 2011, on or before May 20, 2011.

Dated: May 10, 2011